## Schedule of Pretrial and Trial Dates Worksheet

| Case No.: 8:25-cv-00592 FMO (KESx) | | Case Name: Lost International, LLC v. Stefani Joanne Angelina Germanotta aka Lady Gaga | |
|---|---|---|---|
| **Trial and Final Pretrial Conference Dates Pl(s) Date** | | **Pl(s) Date mm/dd/yyyy** | **Def(s) Date mm/dd/yyyy** |
| Jury Trial<br>Estimated Duration: 10 Days [Lost]; 4 Days [Lady Gaga] | | Starting 1/26/2027 | Starting 01/26/2027 |
| Final Pretrial Conference ("FPTC") [L.R. 16] | | 01/08/2027 | 01/08/2027 |
| **Event** | **Est. Time Computation** | **Pl(s) Date mm/dd/yyyy** | **Def(s) Date mm/dd/yyyy** |
| Fact Discovery Cut-Off<br>(no later than deadline for filing dispositive motion) | 22 weeks before FPTC | 04/20/2026 | 04/20/2026 |
| Expert Disclosure (Initial) | 18 weeks before FPTC | 05/18/2026 | 05/18/2026 |
| Expert Disclosure (Rebuttal) | 15 weeks before FPTC | 06/22/2026 | 06/22/2026 |
| Expert Discovery Cut-Off | 12 weeks before FPTC | 07/23/2026 | 07/23/2026 |
| Last Date to File Dispositive Motions | 5 weeks before FPTC | 09/17/2026 | 09/17/2026 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | 14 weeks before FPTC | 06/29/2026 | 06/29/2026 |
| Trial Filings (first round)<br>• Motions in Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | 4 weeks before FPTC | 12/04/2026 | 12/04/2026 |
| Trial Filings (second round)<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions (jury trial only) | 2 weeks before FPTC | 12/18/2026 | 12/18/2026 |

| | | | |
|---|---|---|---|
| • Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | | | |