ORIN SNYDER, *pro hac vice*
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

HOWARD S. HOGAN, *pro hac vice*
  hhogan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: 202.887.3640
Facsimile: 202.530.9550

ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7354
Facsimile: 213.229.6354200 Park Avenue

*Attorneys for Defendant Stefani Joanne Angelina Germanotta, A.K.A. Lady Gaga*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOST INTERNATIONAL, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STEFANI JOANNE ANGELINA GERMANOTTA, A.K.A. LADY GAGA, and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO. 8:25-cv-00592-FMO-KES<br><br>**JOINT REQUEST FOR DECISION**<br><br>Judge: Hon. Fernando M. Olguin<br><br>Action Filed: March 25, 2025<br>Trial Date: August 11, 2026 |

Pursuant to Local Rule 83-9.2, Plaintiff Lost International, LLC ("Plaintiff") and Defendant Stefani Joanne Angelina Germanotta aka Lady Gaga ("Defendant") respectfully request that the Court render a decision on Plaintiff's pending Motion for Preliminary Injunction (the "Motion").

Local Rule 83-9.2 provides that "counsel shall . . . file with the Court a joint request" that the Court "render and file its decision on a submitted matter" if the Court does not render and file its decision "within 120 days of submission." Where, as here, "no oral argument [has been] conducted on the motion, a motion shall be deemed submitted for decision as of the date the last memorandum or other pleadings is permitted to be filed." L.R. 83-9.1.1(a).

Plaintiff filed its Motion on May 8, 2025 (Dkt. 15), Defendant filed her opposition to Plaintiff's Motion on May 15, 2025 (Dkt. 19), and Plaintiff filed its reply on May 22, 2025 (Dkt. 25). The Court then took the Motion off calendar and under submission on May 29, 2025. Dkt. 26. Because a decision has not been rendered within 120 days of the Motion being taken under submission, the parties respectfully request that the Court render "its decision within 30 days after the filing of [this] joint request" or "within the same period, advise the parties in writing of the date by which the decision will be made." L.R. 83-9.3.

DATED: October 2, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Ilissa Samplin*
    Orin Snyder
    Howard S. Hogan
    Ilissa Samplin

*Attorneys for Stefani Joanne Angelina Germanotta, A.K.A. Lady Gaga*

DATED: October 2, 2025

Respectfully submitted,

BREMMER WHYTE BROWN & O'MEARA LLP

By: /s/ *Benjamin Price*
 Benjamin Price

*Attorney for Plaintiff Lost International, LLC, a California limited liability company*

## ECF ATTESTATION

I, Ilissa Samplin, hereby attest pursuant to Local Rule 5-4.3.4(a)(2) that the concurrence in the filing of this document has been obtained by the above signatories.

DATED: October 2, 2025

By: /s/ *Ilissa Samplin*
Ilissa Samplin