BREMER WHYTE BROWN & O'MEARA LLP
Keith G. Bremer, State Bar No. 155920
kbremer@bremerwhyte.com
Benjamin Price, State Bar No. 267400
bprice@bremerwhyte.com
Olivia Zorayan, State Bar No. 352064
ozorayan@bremerwhyte.com
20320 S.W. Birch Street
Second Floor
Newport Beach, California 92660
Telephone:  (949) 221-1000
Facsimile:   (949) 221-1001

KNOBBE, MARTENS, OLSON & BEAR, LLP
Steven J. Nataupsky, State Bar No. 155913
steven.nataupsky@knobbe.com
2040 Main Street
14th Floor
Irvine, CA 92614
Telephone: 949-760-0404

Attorneys for Plaintiff,
LOST INTERNATIONAL, LLC, a California limited liability company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOST INTERNATIONAL, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STEFANI JOANNE ANGELINA GERMANOTTA aka LADY GAGA, an individual; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.: 8:25-cv-00592 FMO (KESx)<br><br>Judge:  Hon. Fernando M. Olguin<br>Dept:    6D<br><br>**ORDER GRANTING JOINT STIPULATION [33] TO EXTEND TIME FOR THE PARTIES TO AMEND PLEADINGS TO ADD ANY CLAIMS, DEFENSES OR PARTIES**<br><br>Complaint Filed:  March 25, 2025<br>Trial Date:            August 11, 2026 |

The Court, having read and considered the Joint Stipulation and supporting Declaration filed on behalf of Plaintiff LOST ("Lost") and Defendant STEFANI JOANNE ANGELINA GERMANOTTA aka LADY GAGA ("Lady Gaga"), and

3430.067

finding GOOD CAUSE thereon, hereby extends the deadline for the Parties to file any stipulation or motion to amend as to any claims, defenses, and/or parties to November 24, 2025.

**IT IS HEREBY ORDERED** that the Parties' deadline to file any stipulation or motion to amend as to any claims, defenses, and/or parties is extended to November 24, 2025.

DATED: October 14, 2025

_____/s/_____
Honorable Fernando M. Olguin
United States District Judge

2

3430.067