# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV 25-00592 FMO (KESx) | Date | October 29, 2025 |
| Title | Lost International, LLC v. Stefani Joanne Germanotta, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order Re: Joint Request for Decisions Pursuant to Local Rule 83-9.3

Pursuant to Local Rule 83-9.3, the parties are advised that the court expects to issue its decision on the pending motion by no later than **November 26, 2025**.

| | |
|---|---|
| | Initials of Preparer    vdr |