AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| LOST INTERNATIONAL, LLC, a California Limited Liability Company, <br><br> *Plaintiff(s)* <br><br> v. <br><br> STEFANI JOANNE ANGELINA GERMANOTTA aka LADY GAGA, an individual; BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., a California Corporation and DOE 1 through 100, inclusive, <br><br> *Defendant(s)* | Civil Action No. 8:25-CV-00592-FMO-KESx |

**AMENDED SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  STEFANI JOANNE ANGELINA GERMANOTTA aka LADY GAGA, an individual; BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., a California Corporation and DOE 1 through 100, inclusive.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  BREMER WHYTE BROWN & O'MEARA LLP
Keith G. Bremer, State Bar No. 155920
Benjamin Price, State Bar No. 267400
Olivia Zorayan, State Bar No. 352064
20320 S.W. Birch Street
Newport Beach, California 92660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 8:25-CV-00592-FMO-KESx

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

BREMER WHYTE BROWN & O'MEARA LLP
Keith G. Bremer, State Bar No. 155920
kbremer@bremerwhyte.com
Benjamin Price, State Bar No. 267400
bprice@bremerSTEwhyte.com
Olivia Zorayan, State Bar No. 352064
ozorayan@bremerwhyte.com
20320 S.W. Birch Street
Second Floor
Newport Beach, California 92660
Telephone: (949) 221-1000
Facsimile: (949) 221-1001

KNOBBE, MARTENS, OLSON & BEAR, LLP
Steven J. Nataupsky, State Bar No. 155913
steven.nataupsky@knobbe.com
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff,
LOST INTERNATIONAL, LLC, a California limited liability company

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOST INTERNATIONAL, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STEFANI JOANNE ANGELINA GERMANOTTA aka LADY GAGA, an individual; BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., a California Corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 8:25-CV-00592-FMO-KES<br><br>Assigned for All Purposes To:<br>Judge: Hon. Fernando M. Olguin<br>Dept: Courtroom 6D<br><br>**SECOND AMENDED COMPLAINT FOR:**<br><br>**1. TRADEMARK INFRINGEMENT—15 U.S.C § 1114**<br>**2. COMMON LAW TRADEMARK INFRINGEMENT**<br>**3. FALSE DESIGNATION OF ORIGIN - 15 U.S.C § 1125(a)**<br>**4. UNFAIR BUSINESS PRACTICES - CAL. BUS. PROF. CODE § 17200**<br>**5. COMMON LAW UNFAIR COMPETITION**<br><br>Complaint Filed: March 25, 2025 |

BREMER WHYTE BROWN & O'MEARA LLP
20320 S.W. BIRCH STREET
SECOND FLOOR
NEWPORT BCH, CA 92660
(949) 221-1000

SECOND AMENDED COMPLAINT

3430.067