| Attorney or Party without Attorney: <br> Keith G. Bremer, Esq. (SBN 155920) <br> BREMER WHYTE BROWN & O'MEARA LLP <br> 20320 S.W. BIRCH STREET, SECOND FLOOR <br> NEWPORT BEACH, CA 92660 <br> Telephone No: (949) 221-1000 <br><br> Attorney For: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: <br> 3430.067 | |

| Insert name of Court, and Judicial District and Branch Court: <br> In The United States District Court For The Central District Of California |
|---|
| Plaintiff: LOST INTERNATIONAL, LLC, a California limited liability company <br> Defendant: STEFANI JOANNE ANGELINA GERMANOTTA aka LADY GAGA, an individual, et al. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 8:25-CV-00592-FMO-KES |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the AMENDED SUMMONS IN A CIVIL ACTION; SECOND AMENDED COMPLAINT; EXHIBIT A

3. a. Party served: BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., a California Corporation
   b. Person served: Jacqueline Mejia, Person Authorized to Accept Service for CT Corporation System, Agent for Service of Process / Served under F.R.C.P. Rule 4.

4. Address where the party was served: 330 North Brand Boulevard #700, Glendale, CA 91203

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Dec 30 2025 (2) at: 12:40 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)
   b. FIRST LEGAL
      600 W. Santa Ana Blvd., Ste. 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

   d. *The Fee* for Service was: $66.00

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

12/30/2025
(Date)

(Signature)



PROOF OF SERVICE

14870273
(14165420)