Gibson, Dunn & Crutcher LLP

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LOST INTERNATIONAL, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STEFANI JOANNE ANGELINA GERMANOTTA, A.K.A. LADY GAGA, an individual; BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 8:25-cv-00592-FMO-KES<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Judge:  Fernando M. Olguin |
|---|---|

1  Having considered Defendants' Motion to Dismiss the Second Amended Complaint, and for good cause appearing, the Court hereby GRANTS Defendants' Motion to Dismiss. It is hereby ORDERED that Plaintiff's Second Amended Complaint shall be dismissed with prejudice.

**IT IS SO ORDERED**

Dated:

By: _____
Hon. Fernando M. Olguin
United States District Court Judge