UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOST INTERNATIONAL, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STEFANI JOANNE ANGELINA GERMANOTTA, A.K.A. LADY GAGA, an individual; BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 8:25-cv-00592-FMO-KES<br><br>**ORDER GRANTING DEFENDANTS' OPPOSED *EX PARTE* APPLICATION [51] TO TEMPORARILY STAY DISCOVERY PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Judge: Fernando M. Olguin |

Gibson, Dunn & Crutcher LLP

ORDER

Having considered Defendants' *Ex Parte* Application to Temporarily Stay Discovery Pending Resolution of Defendants' Motion to Dismiss the Second Amended Complaint, and for good cause appearing, the Court hereby GRANTS Defendants' *Ex Parte* Application and STAYS all discovery pending the Court's resolution of Defendants' Motion to Dismiss the Second Amended Complaint.

**IT IS SO ORDERED**

Dated: January 23, 2026

By: _____/s/_____
Hon. Fernando M. Olguin
United States District Judge