ORIN SNYDER, *pro hac vice*
    osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.2400
Facsimile: 212.351.6335

HOWARD S. HOGAN, *pro hac vice*
    hhogan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: 202.887.3640
Facsimile: 202.530.9550

ILISSA SAMPLIN, SBN 314018
    isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7354
Facsimile: 213.229.6354200 Park Avenue

*Attorneys for Defendant Stefani Joanne Angelina Germanotta, A.K.A. Lady Gaga*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOST INTERNATIONAL, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STEFANI JOANNE ANGELINA GERMANOTTA, A.K.A. LADY GAGA, and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO. 8:25-cv-00592-FMO-KES<br><br>**JOINT REQUEST FOR DECISION**<br><br>Judge: Hon. Fernando M. Olguin<br><br>Action Filed: March 25, 2025<br>Trial Date: November 10, 2026 |

Gibson, Dunn & Crutcher LLP

1

JOINT REQUEST FOR DECISION

Pursuant to Local Rule 83-9.2, Plaintiff Lost International, LLC, and Defendant Stefani Joanne Angelina Germanotta (aka Lady Gaga), respectfully request that the Court render a decision on Defendant's pending Motion to Dismiss.

Local Rule 83-9.2 provides that "counsel shall . . . file with the Court a joint request" that the Court "render and file its decision on a submitted matter" if the Court does not render and file its decision "within 120 days of submission."  Where, as here, "no oral argument [has been] conducted on the motion, a motion shall be deemed submitted for decision as of the date the last memorandum or other pleadings is permitted to be filed."  L.R. 83-9.1.1(a).

Defendant filed her Motion on January 16, 2026 (Dkt. 50), Plaintiff filed its opposition to Defendant's Motion on January 29, 2026 (Dkt. 56), and Defendant filed her reply in support of her Motion on February 5, 2026 (Dkt. 57).  The Court then took the Motion off calendar and under submission on February 12, 2026.  Dkt. 58.  Because a decision has not been rendered within 120 days of submission, the parties respectfully request that the Court render "its decision within 30 days after the filing of [this] joint request" or, "within the same period, advise the parties in writing of the date by which the decision will be made."  L.R. 83-9.3.

DATED: July 9, 2026

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:  /s/ Ilissa Samplin
Orin Snyder
Howard S. Hogan
Ilissa Samplin

*Attorneys for Stefani Joanne Angelina Germanotta, A.K.A. Lady Gaga*

Gibson, Dunn & Crutcher LLP

2

DATED: July 9, 2026

Respectfully submitted,

BREMMER WHYTE BROWN & O'MEARA LLP

By:  */s/ Olivia Zorayan*
     Olivia Zorayan

*Attorney for Plaintiff Lost International, LLC, a California limited liability company*

## ECF ATTESTATION

I, Ilissa Samplin, hereby attest pursuant to Local Rule 5-4.3.4(a)(2) that the concurrence in the filing of this document has been obtained by the above signatories.

DATED: July 9, 2026

By: */s/ Ilissa Samplin*
Ilissa Samplin