# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **ED CV 25-00592 FMO (KESx)** | Date | **August 3, 2026** |
|---|---|---|---|
| Title | **Lost International, LLC v. Stefani Joanne Germanotta, <u>et</u> <u>al.</u>** | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff: | Attorney Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**    **(In Chambers) Order Re: Joint Request for Decision Pursuant to Local Rule 83-9.3**

Pursuant to Local Rule 83-9.3, the parties are advised that the court expects to issue its decision on the pending motion by no later than **September 30, 2026**.

Initials of Preparer _____ vdr