JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LOST INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>STEFANI JOANNE GERMANOTTA, et al.,<br><br>Defendants. | ) | Case No. SA CV 25-00592 FMO (KESx)<br><br>**JUDGMENT** |

Pursuant to the Order Re: Motion to Dismiss, IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice.

Dated this 18th day of August, 2026.

/s/
Fernando M. Olguin
United States District Judge