JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOST INTERNATIONAL, LLC,<br>Plaintiff,<br>v.<br>STEFANI JOANNE GERMANOTTA, et al.,<br>Defendants. | Case No. SA CV 25-00592 FMO (KESx)<br><br>**JUDGMENT** |

Pursuant to the Order Re: Motion to Dismiss, IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice.

Dated this 18th day of August, 2026.

/s/
Fernando M. Olguin
United States District Judge