UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOST INTERNATIONAL, LLC, a California limited liability company,

Plaintiff,

v.

STEFANI JOANNE ANGELINA GERMANOTTA, A.K.A. LADY GAGA, an individual; BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., a California corporation; and DOES 1 through 100, inclusive,

Defendants.

CASE NO. 8:25-cv-00592-FMO-KES

**ORDER GRANTING JOINT STIPULATION [64] TO EXTEND DEFENDANTS' DEADLINE TO FILE MOTION FOR ATTORNEYS' FEES**

Judge: Hon. Fernando M. Olguin

The Court, having considered the Parties' Joint Stipulation to Extend Defendants' Deadline to File Motion for Attorneys' Fees, and good cause appearing therefor, hereby GRANTS the Stipulation and ORDERS as follows:

Defendants' deadline to file their motion for attorneys' fees is extended from September 1, 2026, to and including **September 11, 2026**.

IT IS SO ORDERED.

Dated: September 1, 2026

__________/s/________________

Fernando M. Olguin

United States District Judge